COMMONWEALTH of Pennsylvania, Respondent

v.

Phyrak VANN, Petitioner

No. 504 EAL 2016

Supreme Court of Pennsylvania.

March 31, 2017

## ORDER

PER CURIAM

AND NOW, this 31st day of March, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

William BROWN, Petitioner

No. 445 EAL 2016

Supreme Court of Pennsylvania.

March 31, 2017

## ORDER

PER CURIAM

AND NOW, this 31st day of March, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Andrew SMALLWOOD, Petitioner

No. 453 EAL 2016

Supreme Court of Pennsylvania.

March 31, 2017

## ORDER

PER CURIAM

AND NOW, this 31st day of March, 2017, the Petition for Allowance of Appeal is **DENIED.**